IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
VS. ) CR. NO. 94-20112-G
)
AUBURN CALLOWAY )
)
Defendant. )

ORDER ON JURY VERDICT

This cause came on to be heard on March 20, 1994, the United States Attorney for this District appearing for the Government and the defendant, Auburn Calloway, appearing in person and with counsel, A C Wharton and Pamela Skelton, who represented the defendant.

Jurors were selected and sworn and opening statements were presented by counsel. After listening to all the evidence, arguments by counsel, and the charge of the Court, the Jury began its deliberations. After due deliberations, the Jury returned into open court on March 23, 1994, and found the elements as charged in counts one and two of the indictment were proved beyond reasonable doubt. The jurors were polled individually and directed to report on Monday, March 27, 1995 at 9:30 a.m. for the next phase of the trial in this case. The defendant was REMANDED to the custody of the U.S. Marshal.

IT IS SO ORDERED this ___ day of April, 1994.

Julia Smith Gibbons
JULIA SMITH GIBBONS
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
VS. ) CR. NO. 94-20112-G
)
AUBURN CALLOWAY )
)
Defendant. )

ORDER ON JURY VERDICT

This cause came on to be heard on March 27, 1994, the United States Attorney for this District appearing for the Government and the defendant, Auburn Calloway, appearing in person and with counsel, A C Wharton and Pamela Skelton, who represented the defendant.

Opening statements were presented by counsel. After listening to all the evidence, arguments by counsel, and the charge of the Court, the Jury began its deliberations. After due deliberations, the Jury returned into open court on March 30, 1994, and announced a verdict of GUILTY to counts one and two of the indictment as charged. The jurors were polled individually and excused. Sentencing will be set upon completion of the presentence report. The defendant was REMANDED to the custody of the U.S. Marshal.

IT IS SO ORDERED this ___ day of April, 1994.

JULIA SMITH GIBBONS
UNITED STATES DISTRICT JUDGE

# United States District Court
## Western District of Tennessee

UNITED STATES OF AMERICA

v.

AUBURN CALLOWAY

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 2:94CR20112-001

FILED

95 AUG 23  AM 9:08

The Defendant, AUBURN CALLOWAY, was represented by A C Wharton, Esq.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 49 USC 1472(i) | Attempted Air Piracy | 04/07/1994 | 1 |
| 49 USC 1472(j) | Assault on Flight Crew Members | 04/07/1994 | 2 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant was found GUILTY as to counts 1 and 2 after trial by jury.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assignments imposed by this judgment are fully paid.

08/11/1995
Date of Imposition of Judgment

*Julia Smith Gibbons*
Julia Smith Gibbons
U.S. District Judge

Date Signed: August 22, 1995

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 12/13/1951
Defendant's USM No.: 14601-076

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO
U.S. DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
BY _____ DEPUTY CLERK

This document entered on docket sheet in compliance with Rule 58 and/or 32 (b) FRCrP on 5/23/95