CERTIFIED TRUE COPY
ROBERT R. DI TROLIO
U.S. DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CR. NO. 94-20112-G |
| | ) | |
| AUBURN CALLOWAY | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON JURY VERDICT

This cause came on to be heard on March 20, 1994, the United States Attorney for this District appearing for the Government and the defendant, Auburn Calloway, appearing in person and with counsel, A C Wharton and Pamela Skelton, who represented the defendant.

Jurors were selected and sworn and opening statements were presented by counsel. After listening to all the evidence, arguments by counsel, and the charge of the Court, the Jury began its deliberations. After due deliberations, the Jury returned into open court on March 23, 1994, and found the elements as charged in counts one and two of the indictment were proved beyond reasonable doubt. The jurors were polled individually and directed to report on Monday, March 27, 1995 at 9:30 a.m. for the next phase of the trial in this case. The defendant was REMANDED to the custody of the U.S. Marshal.

IT IS SO ORDERED this ___day of April, 1994.

JULIA SMITH GIBBONS
UNITED STATES DISTRICT JUDGE