IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 94-20112-G |
| AUBURN CALLOWAY | ) | |
| Defendant. | ) | |

ORDER ON JURY VERDICT

This cause came on to be heard on March 27, 1994, the United States Attorney for this District appearing for the Government and the defendant, Auburn Calloway, appearing in person and with counsel, A C Wharton and Pamela Skelton, who represented the defendant.

Opening statements were presented by counsel. After listening to all the evidence, arguments by counsel, and the charge of the Court, the Jury began its deliberations. After due deliberations, the Jury returned into open court on March 30, 1994, and announced a verdict of GUILTY to counts one and two of the indictment as charged. The jurors were polled individually and excused. Sentencing will be set upon completion of the presentence report. The defendant was REMANDED to the custody of the U.S. Marshal.

IT IS SO ORDERED this ___ day of April, 1994.

JULIA SMITH GIBBONS
UNITED STATES DISTRICT JUDGE

4/4/95