IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| vs. | Cr. No. 94-20112-(G)B |
| AUBURN CALLOWAY, | |

ORDER DIRECTING CLERK TO MAIL AUGUST 18, 2003 ORDER
TO INMATE'S CORRECT ADDRESS

On December 20, 1995, defendant Auburn Calloway, Bureau of Prisons inmate registration number 14601-076, an inmate at the United States Penitentiary in Atwater, California, through counsel, filed a motion pursuant to Fed. R. Crim. P. 41(e) in his closed criminal case seeking the return of certain unspecified personal property that was allegedly seized "during the investigation and prosecution of the case and incident to his confinement."[1] The Court was recently advised that the motion is still pending. Accordingly, on August 18, 2003, the Court issued an order directing the inmate, in the event he still wishes to pursue this matter, to submit the civil filing fee or file an in forma pauperis affidavit within thirty days. Calloway's copy of this order, which was, for reasons that are not clear, mailed to the United States Penitentiary in Lewisburg, Pennsylvania, has been returned by the post office.

---

[1] At the time the motion was filed, the case was on direct appeal.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-29-03



The Clerk is ORDERED, for the second time, to mail a copy of the August 18, 2003 order to Calloway's correct address, which is the United States Penitentiary in Atwater, California. Calloway's time to comply with the August 18, 2003 order is extended to thirty days from the date of entry of this order.

IT IS SO ORDERED this **26ᵗʰ** day of September, 2003.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 228 in case 2:94-CR-20112 was distributed by fax, mail, or direct printing on September 29, 2003 to the parties listed.

---

John T. Fowlkes
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103

Fed. Public Defender
FEDERAL PUBLIC DEFENDER
200 Jefferson
Suite 200
Memphis, TN 00000

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

John T. Fowlkes
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103

Auburn Calloway
ATWATER USP
P.O. Box 01900
Atwater, CA 95301

Honorable J. Breen
US DISTRICT COURT